IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LOWE,

    Plaintiff,

vs.                                                   4:08-CV-306-SPM/WCS

S&M ASSOCIATES LTD,

    Defendant.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Third-Party Defendant's Motion for an Extension of Time (doc. 115). The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 115) is *granted*.

2.     The deadlines for mediation and discovery are extended to November 15, 2010.

**DONE AND ORDERED** this <u>third</u> day of September, 2010.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Chief United States District Judge